UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                          Case No. 2:24−cr−20680−JJCG−EAS
                                            Hon. Jonathan J.C. Grey

Romelle Deshaun Stevens,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Romelle Deshaun Stevens

The defendant(s) shall appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 250, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL CONFERENCE:  January 26, 2026 at 03:00 PM

- The PLEA CUTOFF DEADLINE is January 26, 2026.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/Sandra A Osorio
                                                        Case Manager

Dated:   January 5, 2026